JASON PECK, ESQ.
Nevada Bar No. 10183
LAW OFFICES OF FOULGER & PECK
Mailing Address: P.O. Box 7218
London, KY 40742
Physical Address: 7251 West Lake Mead Blvd, Suite 250
Las Vegas, NV 89128
702-228-3176
866-221-6108 Fax
Email: LVcalendaring@LibertyMutual.com
Attorney for Defendants
RICHARD L. OUSLEY, LIERMANN F. OUSLEY
RLO EQUIPMENT, INC., and ARROW UNDERGROUND

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| CENTRAL TELEPHONE COMPANY d/b/a CENTURYLINK, a Delaware corporation,<br><br>    Plaintiff,<br><br>v.<br><br>K&N GENERAL CONSTRUCTION, INC., a Nevada corporation, RICHARD L. OUSLEY and LIERMANN F. OUSLEY d/b/a APACHE ELECTRIC OF NEVADA, LLC, a dissolved Nevada limited liability company, RLO EQUIPMENT, INC., a revoked Nevada corporation, and ARROW UNDERGROUND, a Nevada corporation,<br><br>    Defendants.<br>_____<br>K&N GENERAL CONSTRUCTION, INC., a Nevada corporation,<br><br>    Cross-Claimant,<br><br>v.<br><br>RICHARD L. OUSLEY and LIERMANN F. OUSLEY d/b/a APACHE ELECTRIC OF NEVADA, LLC, a dissolved Nevada limited liability company, RLO EQUIPMENT, INC., a revoked Nevada corporation, and ARROW UNDERGROUND, a Nevada corporation,<br><br>    Cross-Defendants. | Case No.:    22CV-00723-GMN-BNW<br><br>**STIPULATION AND ORDER TO DISMISS (1) CERTAIN CLAIMS BY PLAINTIFF AND (2) K&N GENERAL CONSTRUCTION, INC.'S CROSSCLAIM IN ITS ENTIRETY** |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, by and through counsel undersigned, that Plaintiff's claims against Defendants K&N General Construction, Inc., Richard L. Ousley, Liermann F. Ousley and Arrow Underground ONLY be dismissed with prejudice and that an Order be entered accordingly.  Each party to bear their own attorneys' fees and costs.

IT IS FURTHER STIPULATED AND AGREED, by and between the parties, by and through counsel undersigned, that K&N General Construction, Inc.'s Cross-Claim be dismissed in its entirety with prejudice.  Each party to bear their own attorneys' fees and costs.

ACCORDINGLY, this matter will proceed only as to Plaintiff's claims against RLO Equipment, Inc.

Dated this 17th day of April, 2024.

| LAW OFFICES OF FOULGER & PECK | JORGENSON PLLC |
|---|---|
| /s/ Jason Peck, Esq.<br>By_____<br>JASON PECK, ESQ.<br>Nevada Bar No. 10183<br>P.O. Box 7218<br>London, KY 40742<br>Attorney for Defendants<br>RICHARD L. OUSLEY, LIERMANN F. OUSLEY, RLO EQUIPMENT, INC. and ARROW UNDERGROUND | /s/ Anthony J. Jorgenson, Esq.<br>By _____<br>ANTHONY J. JORGENSON, ESQ.<br>Admitted *pro hac vice*<br>101 Park Avenue, Ste. 1300<br>Oklahoma City, OK 73102<br>Attorney for Plaintiff<br>CENTURY TELEPHONE COMPANY dba CENTURYLINK |

GORDON REES SCULLY MANSUKHANI

/s/ Bradley G. Taylor, Esq.
By_____
BRADLEY G. TAYLOR
Nevada Bar No. 13778
300 S. 4th St., Ste. 1550
Las Vegas, NV 89101
Attorney for Defendant
K&N GENERAL CONSTRUCTION, INC.

**IT IS SO ORDERED:**

_____
UNTED STATES DISTRICT JUDGE

DATED:  __April 17, 2024_____