MARTIN L. WELSH, ESQ.
Nevada State Bar No. 8720
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Telephone: (702) 832-5592
Facsimile: (702) 434-3739
Email: mwelsh@lvlaw.com
k.bratton@hayesandwelsh.onmicrosoft.com

and

ANTHONY J. JORGENSON, ESQ.
admitted *pro hac vice*
JORGENSON PLLC
101 Park Avenue, Suite 1300
Oklahoma City, Oklahoma 73102
Telephone: (405) 812-1431
Email: Anthony@JorgensonPLLC.com

ATTORNEYS FOR PLAINTIFF
CENTRAL TELEPHONE COMPANY d/b/a
CENTURYLINK

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444 FAX (702) 434-3739

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

CENTRAL TELEPHONE COMPANY d/b/a CENTURYLINK, a Delaware corporation,

Plaintiff,

vs.

RLO EQUIPMENT, INC., a revoked Nevada corporation,

Defendant.

Case #2:22-cv-00723-GMN-BNW

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVD., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444 FAX (702) 434-3739

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) Plaintiff Central Telephone Company d/b/a CenturyLink and Defendant RLO Equipment, Inc. (jointly, the "Parties") all the parties who have appeared and remain in this action, hereby stipulate to the dismissal of this action with prejudice for the reason that all claims have been settled, with each party to bear its own costs, expenses and attorneys' fees.

DATED this 8th day of July 2025.

*/s/ Anthony J. Jorgenson*
ANTHONY J. JORGENSON, ESQ.
admitted *pro hac vice*
JORGENSON PLLC
101 Park Avenue, Suite 1300
Oklahoma City, Oklahoma 73102
Telephone: (405) 812-1431
Email: Anthony@JorgensonPLLC.com

and

MARTIN L. WELSH, ESQ.
LAW OFFICE OF HAYES & WELSH
Nevada State Bar No. 8720
199 N. Arroyo Grande Blvd, Suite 200
Henderson, Nevada 89074

*Attorneys for Plaintiff*
*CENTRAL TELEPHONE COMPANY*

*/s/ Jason Peck (with permission)*
JASON PECK, ESQ.
Nevada Bar No. 10183
LAW OFFICES OF FOULGER & PECK
P.O. Box 7218
London, KY 40742

*Attorney for Defendant*
*RLO EQUIPMENT, INC.*

**IT IS SO ORDERED.**

Dated this 8 day of July, 2025.

U.S. District Judge

LAW OFFICE OF
HAYES & WELSH
A PROFESSIONAL CORPORATION
199 NORTH ARROYO GRANDE BLVB., SUITE 200
HENDERSON, NEVADA 89074
(702) 434-3444 FAX (702) 434-3739

**CERTIFICATE OF SERVICE**

I hereby certify that on the 8th day of July 2025, a true and correct copy of above and foregoing JOINT STIPULATION OF DISMISSAL WITH PREJUDICE was electronically served through the Notice of Electronic Filing automatically generated by the ECF system to the following:

Jason Peck, Esq.
The Law Offices of Foulger & Peck
Employees of Liberty Mutual Group, Inc.
P.O. Box 7218
London, KY 40742
jason.peck@libertymutual.com

*Attorney for RLO Equipment, Inc.*

*/s/Anthony J. Jorgenson*
Anthony J. Jorgenson